### [KENT v. SMITH]

William Kentt pl$^t$ ags$^t$ Thomas Smith Defend$^t$ in an Acion of the case for Selling vnto the saide pl$^t$ a Serv$^t$ woman w$^{ch}$ the saide Defend$^t$ brought out of England, cal'd by the name of Sarah Blacklock, who did acknowledge aboard the Vessell to the saide Defend$^t$ & others, that she was guilty of a capitall crime w$^{ch}$ she had committed in old England w$^{ch}$ is conceived to bee the murthering of a Childe, she had by a dutchman in England which is by her one confession in Court. And that the saide Defend$^t$ did conceale the same from the plaint. although hee formerly knew it, and is now by law taken of by Authority & committed to prison, for w$^{ch}$ Serv$^t$ the plaint. gave the Defend$^t$ Eight pounds in mony, w$^{ch}$ Serv$^t$ was never made over according to law by the Defend$^t$ but refused to doe the Same & due damages according to attachm$^t$ dated y$^e$ 21th of June, 1672. . . . The Jurie . . . founde for the pl$^t$ Eight pounds dammage in m$^o$ & costs of Court, w$^{ch}$ was twenty six shillings & eight pence.

Execution issued y$^e$ 8th Aug$^o$ 72 for 9$^{li}$ 6$^s$ 8$^d$ m$^o$

[ See below, pp. 149, 164–5, 185, 189, 237.]